UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES EDWARD LOCKER, II, Plaintiff | CIVIL ACTION NO. 1:21-CV-00823 |
| VERSUS | JUDGE DRELL |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED, and that Locker's appeal is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers in Alexandria, Louisiana on this 15th day of October 2022.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT